1 MCGREGOR W. SCOTT
  United States Attorney
2 DEBORAH STACHEL
3 Regional Chief Counsel, Region IX
  Social Security Administration
4 PATRICK SNYDER,
5 Special Assistant United States Attorney
6     160 Spear Street, Suite 800
       San Francisco, California 94105
7     Telephone: (415) 977-8927
8     Facsimile: (415) 744-0134
9 Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:18-cv-01711-SKO<br><br>**PROPOSED ORDER AND STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR**<br><br>**(Doc. 14)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision and instruct the ALJ to reevaluate the evidence

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act (the Act), 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

of record.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated: July 2, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY:  */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: July 2, 2019

BY:  */s/ Jonathan Pena*
JONATHAN PENA
Attorneys for Plaintiff

(as authorized by email on 7/2/19)

## **ORDER**

Based upon the parties' above Stipulation to Remand Pursuant to U.S.C. § 405(g) Sentence Four ("Stipulation to Remand") (Doc. 14), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:     **July 3, 2019**                               /s/ *Sheila K. Oberto*           
                                                    UNITED STATES MAGISTRATE JUDGE

    The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Pamela Thomas and against Defendant Andrew Saul, Commissioner of Social Security, and (2) administratively close this file.